# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Select Energy Services, LLC, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:20-cv-169 |
| KLE Construction LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is a "Joint Stipulation of Dismissal with Prejudice" filed by the parties on June 2, 2021. The court **ADOPTS** the stipulation (Doc. No. 21) in its entirety. This action **DISMISSED** with prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court